IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| MARY DORSETT | * |
| Plaintiff, | * |
| v. | * Civil Action No. L 02-709 |
| THE BANK OF NEW YORK, | * |
| and | * |
| BNC MMORTGAGE, INC., | * |
| and | * |
| FIRST ATLANTIC RESIDENTIAL MORTGAGE, INC., | * |
| and | * |
| COUNTRYWIDE HOME LOANS, INC., | * |
| Defendants. | * |

**CONSENT ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

Based upon the Joint Motion for Entry of Consent Order for Extension of Time to File Responsive Pleading (the "Joint Motion"), filed by Plaintiff, Mary Dorsett, and Defendant, The Bank of New York, and the entire record herein, it is this 11TH day of March, 2002, hereby:

1. ORDERED, that the Joint Motion shall be, and hereby is, GRANTED; and it is further

2

2. ORDERED, that Defendant, The Bank of New York, shall be, and hereby is, GRANTED an extension of time to file its responsive pleading to the Amended Complaint filed by Plaintiff to and including March 27, 2002.

SO ORDERED.

_____
JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
MARYLAND