

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

Mary Dorsett
   Plaintiff,
v.
                                 Case No. 02-CV-0709

Bank of New York, et al.
   Defendants

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## LINE WITHDRAWING MOTION FOR ENTRY OF DEFAULT

Clerk:

Plaintiff, by her attorney, hereby withdraws her motion for entry of default against the defendant, BNC Mortgage, Inc.

Respectfully submitted,

_____
Scott C. Borison          #22576
Legg Law Firm, LLC.
5500 Buckeystown Pike
Frederick, Maryland 21703
(301) 620-1016
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on 6/__/02 a copy of the foregoing Motion for Entry of Default was mailed to Emily A. Miller Columbia Square 555 Thirteenth St. N.W. Washington D.C. 20004-1109 and William Poling, Jr., Powell Goldstein Frazier & Murphy LLP, 1001 Pennsylvania Ave. NW #600S, Washington DC 20004-2505, and Jac E. Knust, PO Box 415, Ellicott City, MD 21041.

_____
Scott C. Borison

APPROVED THIS 25TH DAY OF June, 2002

_____
BENSON EVERETT LEGG, U.S.D.J.