UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

August 2, 2002

MEMORANDUM TO COUNSEL

                  RE:    Mary Dorsett v. The Bank of New York, et al
                          Case No. L-02-709

Dear Counsel:

I have reviewed and approved the request for deposition hours made by Bank of New York and Countrywide Home Loans, Inc. in their report of July 30, 2002. No further status report is due by August 26th.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

                                          Very truly yours,

                                          Benson Everett Legg

c:    Court file