IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| MARY DORSETT, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. L-02-709 |
| THE BANK OF NEW YORK, *et al.*, | ) ) ) |
| Defendants. | ) ) |

### LINE WITHDRAWING COUNSEL OF RECORD

TO THE CLERK OF THE COURT:

Please withdraw the appearance of William C. Poling Jr. as Counsel of Record for the Defendants, The Bank of New York, et al.

Counsel of record should be:

Stephen R. Smith, Esq.
POWELL, GOLDSTEIN, FRAZER & MURPHY LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004
202-347-0066 (telephone)
202-624-7222 (fax)

Respectfully submitted,

_____
Stephen R. Smith (Bar No. 024856)
POWELL, GOLDSTEIN, FRAZER & MURPHY LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 347-0066

Counsel for Defendants, Bank of New York
and Countrywide Home Loans, Inc.

WITHDRAWING COUNSEL:

_____
William C. Poling Jr.

APPROVED THIS 3RD DAY OF September, 2002

_____
BENSON EVERETT LEGG, U.S.D.J.

## CERTIFICATE OF SERVICE

I hereby certify that on this 23 day of August, 2002, a true and accurate copy of the foregoing Line Withdrawing Counsel of Record was forwarded by U.S. Mail, postage pre-paid, on the following:

1. Scott Borison, Esq.
   Legg Law Firm LLC
   5500 Buckeystown Pike
   Frederick, MD 21703

2. Edward C. Dolan
   Scott A. Shail
   Hogan & Hartson
   555 Thirteenth Street, N.W.
   Washington, D.C. 20004

3. Jac E. Knust
   3440 Ellicott Center Drive, #103
   P.O. Box 415
   Ellicott City, MD 21041

_____
Stephen R. Smith