UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

November 7, 2002

MEMORANDUM TO MR. KNUST:    Re:   Mary Dorsett v.
The Bank of New York, et al.
Civil #L-02-709

Dear Mr. Knust:

 The Court is in receipt of your motion to withdraw appearance on behalf of defendant First Atlantic Residential Mortgage, Inc.  Before I can rule on your request, you are to notify your client of Local Rule 101(2)(b) and send a copy of this memorandum order to your client.

 Accordingly, on or before December 2, 2002, First Atlantic shall advise the Court in writing whether or not it opposes Mr. Knust's request to withdraw.  If First Atlantic does not oppose the request, then either new counsel representing First Atlantic should file his/her appearance or First Atlantic is to notify the Court in writing why it has not retained counsel in this case.  First Atlantic is advised that under the local rules of this Court a corporation may not represent itself and if First Atlantic Residential Mortgage, Inc., does not obtain counsel, a default judgment will be entered against it.

 Despite the informal nature of this memorandum, it shall constitute an Order of this Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c: Counsel of Record
  Court File

