UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 DEC -6  P 3: 22

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

AT BALTIMORE

_____DEPUTY

December 4, 2002

MEMORANDUM TO COUNSEL RE:   Mary Dorsett v.
The Bank of New York, et al.
Civil #L-02-709

Dear Counsel:

   Mr. Knust submitted a motion on November 7, 2002, for leave to strike appearance on behalf of defendant First Atlantic Residential Mortgage, Inc. In my Order of November 7, 2002, I directed defendant First Atlantic to advise the Court by December 2, 2002, whether it opposes Mr. Knust's withdrawal and, if not, new counsel was to have filed his/her appearance on behalf of First Atlantic. To date, the Court has not received any response from First Atlantic.

   Accordingly, (i) Mr. Knust's request to withdraw as counsel for defendant First Atlantic is hereby GRANTED; (ii) Mr. Knust is to send a copy of this Order to his client; and (iii) counsel for plaintiff is directed to submit the appropriate motion for a default judgment.

   Despite the informal nature of this memorandum, it shall constitute an Order of this Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

B. Legg

Benson Everett Legg

c:   Court file