UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

January 2, 2003

MEMORANDUM TO COUNSEL RE:   Mary Dorsett v. The Bank of New York, et al.
Civil #L-02-709

Dear Counsel:

I am in receipt of Mr. Knust's letter of December 12th. Unfortunately, his letter of November 12th was not forwarded to me by the Clerk's office. Accordingly, the Order striking his appearance as counsel for First Atlantic Residential Mortgage, Inc., is hereby withdrawn and he is reinstated as counsel for First Atlantic.

The time for completing discovery and filing dispositive motions has expired, and the status report that was due on November 25, 2002 was not filed. The next step is to schedule the trial. A telephone conference will be held on January 15, 2003, at 5 p.m. One of counsel is asked to initiate this conference call.

The conference call may be recorded electronically; please, therefore, do not use a speaker phone. If recorded, a transcript may be obtained by making arrangements with the Clerk's Office.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and the clerk is directed to docket it accordingly.

Very truly yours,

Benson Legg
Benson Everett Legg

c:   Court file