UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
Chief Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2003 JAN 21  P 3: 02
CLERK'S OFFICE
AT BALTIMORE
_____DEPUTY

January 16, 2003

MEMORANDUM TO COUNSEL RE:   Mary Dorsett v. The Bank of New York, et al.
Civil #L-02-709

Dear Counsel:

On January 15, 2003, the Court held a conference via telephone to discuss scheduling. This memorandum is to confirm the substance of the Court's rulings made during the tape-recorded teleconference.

The Court ORDERED that, on or before January 29th, the parties shall submit joint proposed orders that provide for the following:

(i)   dismissal of all claims, save the state law claim against First Atlantic Residential Mutual; and

(ii)  remand the case to the Circuit Court for Frederick County.

If Counsel are unable to prepare the proposed orders prior to the submission deadline, the parties shall submit a joint status report instead.

Despite the informal nature of this memorandum, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court file