FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 FEB 3  P 12: 35

CLERK'S OFFICE
AT BALTIMORE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

Mary Dorsett             DEPUTY
    Plaintiff,

v.                                         Case No. 02-CV-0709

Bank of New York, et al.
    Defendants

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DISMISSAL WITH PREJUDICE

Plaintiff, by her attorney, hereby dismisses her claims against the defendants, BNC Mortgage, Inc., Bank of New York and Countrywide Home Loans, Inc. with prejudice.

Respectfully submitted,

/s/
_____
Scott C. Borison          #22576
Legg Law Firm, LLC.
5500 Buckeystown Pike
Frederick, Maryland 21703
(301) 620-1016
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2003 a copy of the foregoing dismissal was mailed by first class mail to:

Stephen R. Smith, Powell Goldstein Frazer & Murphy LLP, 1001 Pennsylvania Ave. NW, #600S, Washington DC 20004-2505, Edward C. Dolan, Emily Miller, Hogan & Hartson LLP, 555 13th St. NW, Washington DC 20004-1109 and Jac E. Knust, 3440 Ellicott Center Dr. #103, PO Box 415, Ellicott City MD 21041.

_____
Scott C. Borison

APPROVED THIS 29TH DAY OF January 2003

/s/ Legg
_____
BENSON EVERETT LEGG, U.S.D.J.