IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

Mary Dorsett
    Plaintiff,
v.                                     Case No. 02-CV-0709

Bank of New York, et al.
    Defendants

## ORDER GRANTING MOTION TO REMAND

Upon consideration of the motion to remand made by the Plaintiff, the remaining defendant, First Atlantic Residential Mortgage, Inc. having no opposition thereto, it is this 3RD day of February, 2003:

ORDERED that the Plaintiff's Motion to Remand this action is granted.

IT IS FURTHER ORDERED that this action is remanded to the Circuit Court for Frederick County, Maryland.

It is so ordered this 3RD day of February, 2003.

_____
Benson E. Legg
United States District Judge

cc: Counsel

